THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AK VICTORY, INC.,<br>a Washington corporation,<br><br>      Plaintiff<br><br>    v.<br><br>PIDOR DUOP,<br>individually<br><br>      Defendant. | IN ADMIRALTY<br><br>No. 2:24-cv-00426-JCC<br><br><br>**STIPULATION AND ~~[PROPOSED]~~**<br>**ORDER OF DISMISSAL** |

   The parties stipulate to the entry of an Order of Dismissal of Plaintiff's claims against

Defendants, in their entirety, with prejudice and without costs, for the reason that the parties

have reached final settlement in this matter.

//

//

//

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

1      DATED this 14th day of March, 2025.

2

3                           */s/Nathan J. Beard*
                           NATHAN J. BEARD, WSBA #45632

4                           LEGROS BUCHANAN & PAUL
                           4025 Delridge Way S.W., Suite 500

5                           Seattle, Washington 98106
                           Telephone:    206-623-4990

6                           Facsimile:    206-467-4828
                           Email:          nbeard@legros.com

7                           Attorney for Plaintiff AK Victory, Inc.

8                           */s/Anthony J. Ginster*
                           ANTHONY J. GINSTER, WSBA #19310

9                           225 106th Avenue NE
                           Bellevue, WA 98004

10                         Telephone:    425-462-8240
                         Facsimile:    425-462-9660

11                         Email:          aginster@msn.com
                         Attorney for Defendant Pidor Duop

12

13

14

15

16

17

18

19

20

21

22

23

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1

~~[PROPOSED]~~ ORDER

2

3
        Based upon the foregoing Stipulation, Plaintiff's claims are hereby dismissed with

prejudice and without costs.

4

5
        Dated this __17th__ day of __March_____, 2025.

6

7

8

9

10

THE HONORABLE JOHN C. COUGHENOUR
United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

{29941-01135991;1}
STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL
Page 3
Case No. 2:24-cv-00426-JCC

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Athony J. Ginster, WSBA #19310
225 106th Avenue NE
Bellevue, WA 98004
Phone: (425) 462-8240
Email: aginster@msn.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Sheila Baskins*
Sheila Baskins, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
sbaskins@legros.com

{29941-01135991;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Page 4
Case No. 2:24-cv-00426-JCC

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990